# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ADAMS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COLE HAAN, LLC, a Delaware Limited Liability Company, and DOES 1- 50, inclusive,<br><br>　　　　Defendants. | Case No. 8:20-cv-00913-JHW-DFMx<br><br>CLASS ACTION<br><br>**DENIED ORDER RE: STIPULATION TO CONTINUE CLASS CERTIFICATION DEADLINES** |

**PLEASE TAKE NOTICE,** that, having considered the Stipulation to Continue Class Certification Deadlines, and good cause appearing, **IT IS HEREBY ORDERED:**

1. the deadline to file Plaintiff's Class Certification Motion is continued to February 18, 2022;

2. the deadline to file the Opposition to Class Certification Motion is continued to March 18, 2022;

3. the deadline to file the Reply re Class Certification Motion is continued to April 8, 2022; and

4. the Hearing on Class Certification Motion is continued to April 22, 2022, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: August 11, 2021

**DENIED**
BY ORDER OF THE COURT

_____
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE